Judgment affirmed, with costs and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

JOHN A. PRAY et al., as Surviving Partners of the Firm of JOHN H. PRAY SONS & CO., Suing on Behalf of Themselves and of Other Stockholders of the C. A. BLANCHARD COMPANY, Appellants, *v.* LOUIS L. TODD et al., Respondents, Impleaded with Others.

*Pray* v. *Todd,* 126 App. Div. 905, affirmed.
(Argued February 15, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by stockholders against directors of a corporation for an accounting.

*Charles T. Haviland* and *Everett P. Hervey* for appellants.

*J. Warren Greene* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

PATRICK CURRY, Respondent, *v.* THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.

*Curry* v. *Nassau Electric R. R. Co.,* 126 App. Div. 934, affirmed.
(Argued February 18, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 14, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a